STATE OF NEW JERSEY v. FREDERICK J. WINTERS.

February 29, 1972. Petition for certification denied.

VLADA KULICH v. ROY R. SURLA, *ET AL.*

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND NORRIS.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MAC ARTHUR LEE.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE THOMAS.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED BLYSKAL.

February 29, 1972. Petition for certification denied.